L.C. GATHERIGHT, Plaintiff–
Appellant,

v.

Jo Anne B. BARNHART, Commis-
sioner of Social Security, De-
fendant–Appellee.

No. 03–60026
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 17, 2003.

Laurel G. Weir, Attorney, Philadelphia,
MS, for Plaintiff–Appellant.

David N. Usry, U.S. Attorney's Office,
Jackson, MS, for Defendant–Appellee.

Before JOLLY, WIENER, and
DENNIS, Circuit Judges.

PER CURIAM:*

Plaintiff–Appellant L.C. Gatheright ap-
peals the judgment affirming the determi-
nation by the Commissioner of Social Se-
curity that he is not disabled within the
meaning of the Social Security Act. Gathe-
right argues that the decision of the Ad-
ministrative Law Judge (ALJ) applied the
wrong legal standard and was contrary to
the evidence. In particular, Gatheright
argues that the ALJ erred in denying ben-
efits because vocational expert testimony
was required and reliance on the medical-
vocational guidelines was improper, and
because the ALJ erred in finding his com-
plaints of pain incredible.

Contrary to Gatheright's contentions, we
conclude that the ALJ applied the correct
legal standard, and that substantial evi-
dence supports the ALJ's finding that the
weight of the medical evidence established
that Gatheright's back condition was mild
and would not prevent him from perform-
ing light and sedentary work, so that he is
not disabled. *See* 20 C.F.R. Part 404,
Subpart P, App. 2; *Ripley v. Chater,* 67
F.3d 552, 555 (5th Cir.1995).

As the ALJ properly relied on the medi-
cal-vocational guidelines, the ALJ did not
need to determine independently that jobs
that Gatheright is able to perform exist in
the national economy, and that no voca-
tional expert testimony was necessary.
*See Pate v. Heckler,* 777 F.2d 1023, 1025–
26 (5th Cir.1985); *Fraga v. Bowen,* 810
F.2d 1296, 1304–05 (5th Cir.1987). Finally,
we are satisfied that substantial evidence
supports the ALJ's determination regard-
ing the credibility of Gatheright's com-
plaints of pain, entitling that determination
to judicial deference. *See Villa v. Sulli-
van,* 895 F.2d 1019, 1024 (5th Cir.1990).
The decision of the district court affirming
the Commissioner's decision is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.